UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEW YORK MARINE AND GENERAL INSURANCE COMPANY,

Plaintiff,

v.

EDUARDO ROSAS VARGAS, et al.,

Defendants.

Case No. 25-cv-04606-EKL

**ORDER TO SHOW CAUSE REGARDING SANCTIONS**

Re: Dkt. Nos. 18, 19, 21, 25

The parties' course of conduct in this case reflects a disregard for the Local Rules, court orders, and court resources. First, the parties failed to file ADR certifications by the deadline set forth in the Initial Case Management Scheduling Order. ECF No. 18. Second, the parties failed to file a joint case management statement by the applicable deadline, which caused the Court to vacate the initial case management conference. ECF Nos. 17, 19. Third, the parties failed to conduct the initial mediation session through the Court's ADR program, which was scheduled for March 19, 2026. ECF No. 21. At some point, apparently, the parties decided to pursue a different mediation option. *See* ECF No. 26. But counsel failed to "cooperate fully" with the mediator appointed by the Court, and they failed to request an extension of the mediation session at least fourteen days in advance. ADR L.R. 6-4(b), 6-5(a).

Accordingly, Plaintiff and Defendants are ORDERED to show cause, in writing by April 3, 2026, why they should not be sanctioned $1,000 each for these violations.

**IT IS SO ORDERED.**

Dated: March 20, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California